# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

Marilyn Kelly,
Chief Justice

137670

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ALICE BUCKLEY and DEPARTMENT OF
LABOR AND ECONOMIC GROWTH,
          Appellees,

v

SC: 137670
COA: 277028
Wayne CC: 06-630481-AE

PROFESSIONAL PLAZA CLINIC
CORPORATION,
          Appellant.

_____/

On order of the Court, the application for leave to appeal the October 2, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

_____
Clerk

s0316